353 A.2d 32

**In re Nomination Petition of Jack COHEN, as Democratic Candidate for the Office of Member of the Ward Executive Committee for the 62nd Ward, 21st Division, Appellant.**

Supreme Court of Pennsylvania.

Argued March 11, 1976.

March 12, 1976.

Stephen P. Gallagher, Philadelphia, for appellant.

E. G. Rendell, Philadelphia, for appellee.

## OPINION

PER CURIAM.

Order of the court below is affirmed.